1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.438.7721

4  Attorney for Defendant
   JONATHAN BLACKMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. S-03-371-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER: EXCLUSION OF TIME |
| vs. | |
| JONATHAN BLACKMAN, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William S. Wong, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Jonathan Blackman, that the previously scheduled change of plea hearing date of July 24, 2008, be vacated and the matter set for change of plea on August 21, 2008, at 9:00 a.m.

This continuance is requested to allow of defense counsel to review the draft plea agreement with defendant.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through August 21, 2008, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(H)(8)(B)(iv) and Local Code T4.

1

1 | Dated:  July 22, 2008

Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
JONATHAN BLACKMAN

Dated:  July 22, 2008

/s/ Michael E. Hansen for
WILLIAM S. WONG
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv) and Local Code T4.

DATED: August 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE