1   Michael E. Hansen
    Attorney at Law, SBN 191737
2   711 Ninth Street, Suite 100
    Sacramento, CA  95814
3   916.438.7711 FAX 916.438.7721

4   Attorney for Defendant
    JONATHAN BLACKMAN

5

6

7                   IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            No. Cr. S-03-371-MCE

11                     Plaintiff,        STIPULATION AND ORDER:
                                         EXCLUSION OF TIME
12       vs.

13  JONATHAN BLACKMAN, et al.,

14                     Defendants.

15

16       IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, William S. Wong, Assistant United States Attorney, attorney for plaintiff,

18  and Michael E. Hansen, attorney for defendant Jonathan Blackman, that the previously

19  scheduled change of plea hearing date of July 24, 2008, be vacated and the matter set for

20  change of plea on August 21, 2008, at 9:00 a.m.

21       This continuance is requested to allow of defense counsel to review the draft plea

22  agreement with defendant.

23       Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act

24  from the date this stipulation is lodged, through August 21, 2008, should be excluded in

25  computing time within which trial must commence under the Speedy Trial Act, pursuant to

26  Title 18 U.S.C. § 3161(H)(8)(B)(iv) and Local Code T4.

27

28

1

1    Dated:  July 22, 2008                                Respectfully submitted,

2

3                                                         /s/ Michael E. Hansen
                                                          MICHAEL E. HANSEN
                                                          Attorney for Defendant
4                                                         JONATHAN BLACKMAN

5
     Dated:  July 22, 2008                                /s/ Michael E. Hansen for
6                                                         WILLIAM S. WONG
                                                          Assistant U.S. Attorney
7                                                         Attorney for Plaintiff

8

9                                        ORDER

10          IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C.

11   § 3161(H)(8)(B)(iv) and Local Code T4.

12

13   DATED: August 4, 2008

14   _____

15                        MORRISON C. ENGLAND, JR
                          UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2